TRUEBLOOD ET AL. *v.* NICHOLSON ET AL.

From the Washington Circuit Court.

*H. Heffren, J. E. McDonald* and *J. M. Butler,* for appellants.

*S. L. Collins, A. B. Collins* and *J. R. Troxwell,* for appellees.

PETTIT, C. J.—The submission in this case is set aside for not complying with rule 19 of this court, in numbering the pages of the transcript and the lines of each page, at the costs of the appellants.

Opinion filed May term, 1875.